No. 2433. BALLEW *v.* ANDERSON. April Term, 1889. Motion to reinstate appeal which had been dismissed by the clerk under Rule 1. There had been a Case agreed upon, but such agreed Case was not filed within the time prescribed. Motion refused. Return, or agreed statement, must be filed within the time limited by the rules. Order filed PER CURIAM, May 20, 1889. *B. W. Ball,* for motion.

No. 2434. PICKENS *v.* QUILLIAN. April Term, 1889. Motion for leave to apply to the Circuit Judge for the appointment of a receiver. But the return not having been filed, this court held that it was without jurisdiction. Order PER CURIAM filed May 27, 1889.

No. 2435. VAUGHAN *v.* MORGAN. April Term, 1889. Motion under Rule XI. of this court to dismiss appeal for failure to file "Points and Authorities" as required by Rule VIII. Motion granted, it not appearing that such failure occurred through mistake, inadvertence, or other excusable cause. Order PER CURIAM filed May 31, 1889. *Duncan & Sanders,* for motion. *A. B. Calvert,* contra.